·APRIL 7, 1975

No. 74–730. ROEMER ET AL. *v.* BOARD OF PUBLIC WORKS OF MARYLAND ET AL. Appeal from D. C. Md. [Probable jurisdiction noted, 420 U. S. 922.] Appeal dismissed under this Court's Rule 60.

APRIL 14, 1975*

No. 74–5850. WICKS *v.* CITY OF CHARLOTTESVILLE. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question.

No. 74–6030. RIVERS *v.* VIRGINIA. Appeal from Sup: Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–6043. HARRIS *v.* CITY OF HOUSTON, TEXAS, ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.